**Order filed February 24, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00728-CV**
_____

**CHARLES A. WATSON, Appellant**

**V.**

**LANCE BREMER AND ALVAREZ, STAUFFER, BREMER, PLLC, Appellees**

**and**

**LANCE BREMER AND ALVAREZ, STAUFFER, BREMER, PLLC, Appellants**

**V.**

**CHARLES A. WATSON, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-28746-C**

---

## ORDER

Two notices of appeal have been filed in this appeal, the first by Charles A. Watson and the second by Lance Bremer and Alvarez, Stayffer, Bremer, PLLC ("Attorneys"). The Attorneys have filed a motion for this court to set a briefing schedule, which is granted.

We order the following:

- Watson's brief as appellant is due **February 23, 2022**;

- Attorneys' brief as appellees and Attorneys' brief as appellants is due **March 25, 2022**;

- Watson's reply brief as appellant, if any, and Watson's brief as appellee is due **April 14, 2022**; and

- Attorneys' reply brief as appellants, if any, is due **May 4, 2022**.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.